```
McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
```

FILED

2005 SEP 30 P 3: 36

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
         DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PREMISES OF:<br><br>6205 N. ELLENDALE AVE.<br>FRESNO, CA<br><br>JOSEPH MITCHELL RAMIREZ AND JENA KAY TORRES<br>1845 W. BUCKINGHAM WAY<br>FRESNO, CA<br><br>MICHAEL LAWRENCE SANCHEZ<br>4178 E. CORNELL AVE.<br>FRESNO, CA<br><br>MOTION AND SOUND<br>1337 N. BLACKSTONE AVE.<br>FRESNO, CA<br><br>MOTION AND SOUND<br>1363 N. BLACKSTONE AVENUE<br>FRESNO, CA | SW-F-05-0234 LJO<br>SW-F-05-0237 LJO<br>SW-F-05-0238 LJO<br>SW-F-05-0239 LJO<br>SW-F-05-0241 LJO<br><br>ORDER TO UNSEAL APPLICATION FOR SEARCH WARRANTS AND SEARCH WARRANTS |

Having considered the government's application to unseal the application for search warrants and search warrants in the above-captioned matters,

IT IS HEREBY ORDERED that the applications for search

1

warrants and search warrants in the above-captioned matter shall be UNSEALED.

Dated: September 30, 2005

DENNIS L. BECK
U.S. Magistrate Judge